HENRY R. HOLLY et al., Respondents, *v.* THE MANHATTAN RAILWAY Co., Appellant.

APPEAL by defendant from judgment after trial of the issues at the equity term.

*Cannon & Atwater,* for respondents.

*Davies, Short & Townsend,* for appellant.

*Per Curiam.* The judgment should be affirmed, with costs.

Present: FREEDMAN and McADAM, JJ.
Judgment affirmed, with costs.